IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE PROTEGEN SLING AND VESICA SYSTEM PRODUCTS LIABILITY LITIGATION | : : : | Master File No.: 1:01-1387 MDL No.: 1387 |
| | : : | Centralized before The Honorable Benson Everett Legg |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : | |

## ORDER

Pending are various Stipulations of Dismissal filed in connection with the global settlement reached by the parties in this action.

The Court hereby:

(i) GRANTS the Stipulations of Dismissal filed in L-01-1387 as Docket Numbers:

    1049-1055,
    1057-1082,
    1086-1114,
    1116-1204,
    1206,
    1208-1209, and
    1211-1225;

(ii) GRANTS the Stipulations of Dismissal filed in L-03-76 as Docket Numbers 6 and 7;

(iii) ORDERS the Clerk to CLOSE the cases that are the subject of the above Stipulations of Dismissal. These cases are DISMISSED WITH PREJUDICE and, because costs are provided for in the Master Settlement Agreement reached by the parties, each dismissal is without costs to either party; and

(iv) DENIES AS MOOT the Stipulations of Dismissal filed as Docket Numbers 1056, 1083, 1084, 1085, 1205, 1207, and 1210 in L-01-1387. These Stipulations either relate to a case that is already closed or are duplicates of Stipulations previously filed.

IT IS SO ORDERED this 25th day of January, 2005.

                                                   _____/s/_____
                                                 Benson Everett Legg
                                                 Chief Judge